UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**COURTNEY KIMBLE**                                                                 **CIVIL ACTION**

**VERSUS**

**BURL CAIN**                                                                              **NO. 07-0396-FJP-DLD**

### O R D E R

This matter comes before the Court on the petitioner's Motion Concerning the State Court Record, rec.doc.no. 24, wherein he asserts that the state court record "is not presently in a form which can be intelligently reviewed" by the Court, and wherein he requests that the record be returned to the state court with instructions that the state court clerk, "prepare the record in the same manner as he would prepare a record for a [state] court of appeal." Upon it appearing to this Court, however, that the state court record is in fact now sufficiently complete, that the Court is sufficiently able to intelligently review same, and that little would be served by returning the record to the state court for yet additional supplementation of the record,

**IT IS ORDERED** that the petitioner's Motion, rec.doc.no. 24, be and it is hereby **DENIED**.

Signed in Baton Rouge, Louisiana, on October 14, 2009.

**MAGISTRATE JUDGE DOCIA L. DALBY**