UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

COURTNEY KIMBLE

VERSUS

BURL CAIN

CIVIL ACTION

NUMBER 07-396-FJP-DLD

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the petitioner's application for habeas corpus relief shall be GRANTED because of the violation of the petitioner's Sixth Amendment right to confront the witnesses against him, and that the State be required to re-try the petitioner within 120 days from the date of this opinion or release him from confinement.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, July 20, 2010.

                                    _____
                                    FRANK J. POLOZOLA
                                    MIDDLE DISTRICT OF LOUISIANA

Doc#46837